### T. D. CLEMENT v. W. W. COZART.

Upon the facts set forth in the plaintiff's appeal the defendant excepted to the judgment of the Court overruling the demurrer, and appealed.

*Messrs. L. C. Edwards* and *J. B. Batchelor,* for plaintiff.
*Mr. R. W. Winston,* for defendant.

AVERY, J.: For the reasons given in the discussion of the plaintiff's appeal, we hold that there was error in overruling the demurrer of the defendant.

Error.